The People of the State of Illinois ex rel. William S. Dunderdale, appellee, v. City of Chicago et al., appellants. Gen. No. 30,129.

Petition for mandamus to compel reinstatement of petitioner in office. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel and Albert H. Veeder, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Elaine Blackman and Fannie May Hollingsworth, appellees, v. William Bell and Mrs. William Bell. William Bell, appellant. Gen. No. 30,221.

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925. Rehearing denied January 4, 1926.

A. G. Dicus, for appellant. Langworthy, Stephen & McKeag and John L. Davidson, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

## SECOND DISTRICT.

---

Robert Jeske, appellant, v. Lake County Publishing and Printing Company, appellee. Gen. No. 7,484.

Suit for libel judgment on verdict for defendant. Appeal from the Circuit Court of Lake County; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed November 14, 1925.

Lee D. Mathias, for appellant. Alex. F. Beaubien, for appellee; James G. Welch, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Wilbur P. Stattler, plaintiff in error. Gen. No. 7,537.

Prosecution for violation of Prohibition Act. Conviction and sentence. Error to the County Court of Carroll county; the Hon. Orion M. Grove, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed December 5, 1925.

W. G. Kent and H. A. Brooks, for plaintiff in error. J. L. Brearton, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.